UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 12-1032 DSF (JCGx) | Date | 2/13/12 |
|---|---|---|---|
| Title | Federal National Mortgage Association v. Armando Carrillo, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order REMANDING Case to Superior Court of California, County of Ventura

  This matter was removed from state court on February 7, 2012, based on federal question jurisdiction. The complaint was filed November 16, 2011. It is a state law unlawful detainer complaint that does not state a federal cause of action. While the notice of removal mentions possible federal law counterclaims, federal jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert. See <u>Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc.</u>, 535 U.S. 826, 830-32 (2002).

  The case is REMANDED to the Superior Court of California, County of Ventura.

  IT IS SO ORDERED.